UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:15-cv-01274-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to file his amended complaint after the court dismissed his original complaint on September 22, 2015, for failure to comply with Federal Rule 8(a).

Plaintiff's initial motion for a ninety-day extension of time was filed on October 19, 2015. ECF No. 4.  On October 23, 2015, the court granted plaintiff's motion in part and ordered him to file an amended complaint within thirty days of the service of the order.  ECF No. 5.  The court explained to plaintiff that the drafting of an amended complaint in compliance with Federal Rule 8(a) simply should not take ninety days, regardless of his circumstances.  Id.  Nevertheless, on November 23, 2015, plaintiff filed a second motion for an extension of time again seeking a ninety-day extension from his original deadline.  ECF No. 6.  Plaintiff's motion again points out that he is of limited income and lives in a rural area without a law library.  Id.  In addition,

plaintiff states that he is a very slow typer.  Id.  In light of the fact that no defendant has yet been served in this action and therefore no party will be prejudiced by a second extension, he argues that he has shown good cause.  Id.

Although the court does not find that plaintiff has necessarily shown good cause for a second sixty-day extension of time, it will grant said extension in light of the Ninth Circuit's extremely liberal policy favoring leave to amend in the pro se context.  See United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981).  However, the court warns plaintiff that **no further extensions of time will be granted.**  With the inclusion of plaintiff's second extension, he will have a full 120 days to amend his complaint, more than enough time to craft a short and plain statement that complies with Federal Rule 8(a).

In accordance with the foregoing, THE COURT HEREBY ORDERS that:

1. Plaintiff's second motion for an extension of time, ECF No. 6, is GRANTED.

2. Plaintiff must submit an amended complaint that complies with Federal Rule 8(a) and the court's September 22, 2015, order by January 20, 2016.  Failure to do so will result in findings and recommendations recommending that this matter be dismissed.

DATED:  December 2, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2